IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR303 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HARRY C. LAMPERT, JR., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion to review terms and conditions of release (Filing No. 32).  After consultation with Pretrial Services, the motion is denied as moot.

**IT IS SO ORDERED.**

DATED this 14th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge