IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR303 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| HARRY C. LAMPERT, JR., ) | |
| ) | |
| Defendant. ) | |

Defendant's motion to continue the plea hearing (Filing No. 41) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **April 2, 2008** at **10:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **March 10, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 10th day of March, 2008.

BY THE COURT

s/ Thomas D. Thalken
United States Magistrate Judge