```
                                                    FILED
                                               U.S. DISTRICT COURT
                                               DISTRICT OF NEBRASKA

                                               08 MAY -9 PM 3:52

                                               OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 8:07CR303 |
| HARRY C. LAMPERT, JR., ) | ORDER |
| Defendant. ) | |

NOW ON THIS 9th day of May, 2008, this matter comes on before the Court upon the Stipulation filed (Filing No. 52) by the United States and Margaret S. Moss. The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds good cause to approve the Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Stipulation (Filing No. 52) is hereby approved.

2. Based upon the United States' receipt of $8,483.00 from Margaret S. Moss, the U. S. Marshals Service shall release the 2005 Harley Davidson motorcycle, VIN 1HD1JBB195Y015168, and the 2006 Harley Davidson motorcycle, VIN 1HD1GW1156K307413, to Ms. Moss on a date and time mutually agreed-upon by both. Ms. Moss will not be liable for any storage fees or costs the Marshals Service may have incurred.

3. This forfeiture action will proceed against the $8,483.00 in lieu of the two motorcycles.

Margaret S. Moss will not contest the forfeiture of this sum of money.


**IT IS SO ORDERED.**


BY THE COURT:

_____
LAURIE SMITH CAMP, Judge
United States District Court


Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

MARGARET S. MOSS

By: _____
JAMES D. GOTSCHALL #19049
Attorney at Law
125 North 4th Street
O'Neill, NE 68763
(402) 336-2277