**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR303** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **HARRY C. LAMPERT, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to file under seal (Filing No. 62).

IT IS ORDERED:

1. The Defendant's motion for leave to file under seal (Filing No. 62) is granted; and

2. The Clerk shall seal the documents filed as Filing Nos. 63 and 64.

DATED this 1st day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge