# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR303** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **HARRY C. LAMPERT, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to amend pretrial release conditions (Filing No. 86).

IT IS ORDERED that the Defendant's motion to amend pretrial release conditions (Filing No. 86) is granted.

DATED this 3rd day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge